# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2016

## NO. 03-15-00127-CR

**Aaron Joseph Hoes, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 33RD DISTRICT COURT OF BLANCO COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.